# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No. 23-4324,    US v. Johnathan Heath
                5:21-cr-00314-M-1

TO:    Johnathan Aquavius Heath

BRIEF OR JOINT APPENDIX CORRECTION DUE:  November 1, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[ ] See Checklist: Please make corrections identified on attached checklist.

[ ✓ ] Brief citations to the joint appendix are not in the proper format. Please refer to **Appendix Pagination & Brief Citation Guide** for guidance.

Marcy E. Beall, Deputy Clerk
804-916-2702